**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGOC DIEN UNG, | Case No. 1:26-cv-00869 KES SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, DENYING PETITIONER'S REQUEST FOR RELEASE AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | Docs. 1, 16, 20 |

Petitioner Ngoc Dien Ung, a former immigration detainee, proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 10, 2026, Petitioner submitted a letter to the Court in which he requested release while awaiting travel documents from Vietnam. Doc. 16. After the Court inquired as to the custodial status, Respondents reported that "Petitioner was removed to Vietnam on March 15, 2026." Doc. 19.

On May 8, 2026, the magistrate judge found the petition is moot and recommended the Court dismiss the petition and deny Petitioner's request for release as moot. Doc. 20. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days after service. On May 12, 2026, the U.S. Postal Service returned the mail to Petitioner, marked "Undeliverable, Return to Sender, Detainee Not in Custody, Released." Nevertheless, service upon Petitioner is deemed effective pursuant to

1

Local Rule 182(f).  No objections were filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.   The findings and recommendations issued on May 8, 2026 (Doc. 20), are ADOPTED in full.

2.   Petitioner's request of release (Doc. 16) is DENIED as moot.

3.   The petition for writ of habeas corpus is DISMISSED as moot.

4.   The Clerk of Court is directed to enter judgment and close the case.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2